# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| **LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION,** | Case No. 1:23-cv-00071 |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF REMOVAL** |
| **AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,** | |
| Defendant. | |

Defendant American Family Mutual Insurance Company, S.I., ("Defendant") removes the above-captioned civil action from the Iowa District Court in and for Linn County, Case No. LACV102220 ("Lawsuit"), to the United States District Court for the Northern District of Iowa, Cedar Rapids Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Federal Rule of Civil Procedure 81, and Local Rule 81. As grounds for removal, Defendant states:

1. Plaintiff Lexington East Unit One Owners Association ("Plaintiff") filed its Petition at Law and Jury Demand on May 10, 2023, in the Iowa District Court for Linn County. In its Petition, Plaintiff alleges Defendant breached an insurance contract or contracts between Plaintiff and Defendant and that Defendant acted in bad faith in connection therewith. The insurance contract or contracts cover real or other property located in or about Linn County, Iowa.

2. On August 7, 2023, Plaintiff caused an Original Notice for the Petition, as well as the Petition, to be served upon the Iowa Commissioner of Insurance, pursuant to a captioned form entitled "Acceptance of Service" ("Acceptance of Service on Insurance Commissioner").

On August 10, 2023, Plaintiff formally served the Acceptance of Service on Insurance Commissioner on Defendant's registered agent in the State of Iowa, CSC. Thus, the first formal or official notice Defendant received of this Lawsuit was on August 10, 2023, as a result of the formal service of the Acceptance of Service on Insurance Commissioner on CSC.

3. There have been no further proceedings in the Iowa District Court for Linn County in this Lawsuit, except for filings relating to a "limited appearance" by counsel for Plaintiff.

4. Pursuant to 28 U.S.C. § 1446(b) and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999), Defendant has timely removed this action because this Notice of Removal is filed within thirty (30) days after Defendant's receipt, through formal service, of the initial pleading setting forth the claims for relief upon which the action is based (i.e., the Petition).

5. As required by Local Rule 81(a)(4), Defendant states that for purposes of removal of this action from state court, this is an action where the amount in controversy for Plaintiff's claim exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states. Specifically, with respect to the amount in controversy, Defendant states that Plaintiff has claimed far in excess of $75,000 of damages, in the form of amounts allegedly owed for repairs or damage Plaintiff claims are covered under the insurance contract or contracts and/or coverages at issue. Plaintiff has claimed damages to insured property (which includes multiple units and/or structures) which have been valued by Plaintiff in the millions.

6. At the time this action commenced, Plaintiff was and currently remains a non-profit corporation organized and existing under the laws of the State of Iowa, and it is, upon information and belief, located and based in Linn County, Iowa. See Ex. A (Printout from Iowa

Secretary of State website). Thus, Plaintiff is a citizen and resident of the State of Iowa, Linn County, for purposes of diversity jurisdiction in this matter.

7. Defendant was at the time this Lawsuit was commenced and remains an insurance corporation organized and existing under the laws of the State of Wisconsin, with its principal place of business located in the State of Wisconsin. Thus, Defendant is a citizen and resident of the state of Wisconsin, for purposes of diversity jurisdiction in this matter.

8. Thus, because complete diversity of the parties exists and the amount in controversy exceeds $75,000, this Court has original jurisdiction over the action under 28 U.S.C. § 1332(a) diversity jurisdiction. *See Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303 (2006). Thus, this action may be removed to this Court pursuant to § 1441(a).

9. Based upon the allegations in Plaintiff's Petition, the proper venue for removal of this action is to the United States District Court for the Northern District of Iowa, Cedar Rapids Division, because it is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

10. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders available to Defendant in this Lawsuit are attached hereto and incorporated by this reference. See Ex. B (all documents available on Iowa Courts as of today).

11. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Iowa District Court for Linn County and is being served on all adverse parties, including, without limitation, Plaintiff, through counsel of record (via electronic service through Iowa Courts Online).

WHEREFORE, Defendant gives notice that the above-entitled action is removed from the Iowa District Court in and for Linn County to the United States District Court for the Northern District of Iowa, Cedar Rapids Division.

Dated: September 6, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ *Ross W. Johnson*
Ross W. Johnson, AT0004014
Ross.johnson@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR DEFENDANT
AMERICAN FAMILY MUTUAL INSURANCE
COMPANY, S.I.**

## Certificate of Service

The undersigned certifies that a true copy of **Defendant's Notice of Removal** was served upon the following parties through the court's CM/ECF electronic filing system, U.S. Mail, and electronic mail on September 6, 2023.

/s/ *Ross W. Johnson*

Copy to:

Gregory T. Usher
Nazette, Marner, Nathanson & Shea LLP
615 2nd Street SW
Cedar Rapids, IA 52404
gusher@nazettelaw.com

*Attorney for Plaintiff Lexington East Unit One Owners Association*

David Miller
Miller Public Adjusters, LLC
518 S. Westland Drive
Appleton, WI 54914