# Exhibit A

Iowa Secretary of State
321 East 12th Street
Des Moines, IA 50319
sos.iowa.gov



**FILED**

Date 2/19/2023 02:24 PM
Corp No 121832
Cert No A23121832

# Iowa 2023 Biennial Report for an Iowa Nonprofit Corporation
### Required by Iowa Code Chapter 504.1613

**LEXINGTON EAST UNIT ONE OWNER'S ASSOCIATION**
Name of the Corporation

### Registered agent and registered Office

**SCOTT MEANS**
Full Name

| 4605 WESTCHESTER DR NE | UNIT E |
|---|---|
| Address1 | Address2 |

| CEDAR RAPIDS | IA | 52402 | USA |
|---|---|---|---|
| City | State | Zip | Country |

The corporation has no officers: ☐

### Officers

**President   Director**
Officer Type

**ROBERT D LEUENBERGER**
Full Name

| 4635 Westchester DR NE | Unit A |
|---|---|
| Address1 | Address2 |

| CEDAR RAPIDS | IA | 52402 | USA |
|---|---|---|---|
| City | State | Zip | Country |

**Director**
Officer Type

**VICTOR P ALEXANDER**
Full Name

| | |
|---|---|
| **4605 WESTCHESTER DR NE** <br> Address1 | **UNIT A** <br> Address2 |
| **CEDAR RAPIDS** <br> City | **IA** State  **52402** Zip  **USA** Country |

**Treasurer   Director**
Officer Type

**Pam Simpson**
Full Name

| | |
|---|---|
| **4755 Westchester Drive NE** <br> Address1 | **Unit D** <br> Address2 |
| **Cedar Rapids** <br> City | **IA** State  **52402** Zip  **USA** Country |

**Director**
Officer Type

**David Peters**
Full Name

| | |
|---|---|
| **4535 Westchester Drive NE** <br> Address1 | **Unit D** <br> Address2 |
| **Cedar Rapids** <br> City | **IA** State  **52402** Zip  **USA** Country |

**Director**
Officer Type

**Mary Gureno**
Full Name

**4535 Westchester Drive NE** | **Unit A**
Address1 | Address2

**Cedar Rapids** | **IA** | **52402** | **USA**
City | State | Zip | Country

**Director**
Officer Type

**Donald Steffen**
Full Name

**4345 Westchester Drive NE** | **Unit A**
Address1 | Address2

**CEDAR RAPIDS** | **IA** | **52402** | **USA**
City | State | Zip | Country

### Principal Office

**4605 WESTCHESTER DR NE** | **UNIT E**
Address1 | Address2

**CEDAR RAPIDS** | **IA** | **52402** | **USA**
City | State | Zip | Country

**Yes**
Does the corporation have members?

**No**
Does the corporation hold an interest in agricultural land in Iowa?

**The report must be signed by the corporation's presiding officer of the board of directors, or the president or other officer. Under certain circumstances, an incorporator or fiduciary must sign the report.**

**Robert D. Leuenberger** | **02/19/2023 14:24:04**
President | Date