# Exhibit B

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,<br><br>    Defendant. | Case No. _____<br><br>**NOTICE OF LIMITED APPEARANCE PURSUANT TO IOWA RULE OF CIVIL PROCEDURE 1.404(3)** |

The undersigned counsel, Gregory T. Usher of Nazette, Marner, Nathanson & Shea, LLP, for this Notice of Limited Appearance states as follows:

1.  I have been retained to perform the following limited legal services for Plaintiff, Lexington East Unit One Owners Association:

    - Discuss the facts and circumstances underlying the allegations made in Plaintiff's suit against its commercial property's insurance company, and gather information necessary to prepare and file suit for damages regarding the handling of its commercial property's insurance claim;
    - Review insurance policy and claim documents along with other materials provided by the Plaintiff to ensure proper pleading;
    - Prepare and file the lawsuit filed contemporaneously with this Notice of Limited Appearance; and
    - Provide for and complete service of the lawsuit filed contemporaneously with this Notice of Limited Appearance upon the named Defendant at some time on or before the date 90 days after the date of filing the lawsuit.

2.  Pursuant to Iowa R. Civ. P. 1.404(3), the undersigned is filing and serving this Notice prior to or simultaneously with the commencement of the action outlined in Paragraph 1 above for which the undersigned was retained under a limited-scope representation fee agreement.

3.  Service may be made upon the undersigned only in connection with the specific proceedings set forth in Paragraph 1 and only until such point as a Notice of

Completion of Limited Appearance has been filed by the undersigned at the conclusion of the limited-scope representation provided for in the fee agreement executed with the Plaintiff.

/s/ *Gregory T. Usher*

GREGORY T. USHER, AT0012812
Nazette, Marner, Nathanson & Shea LLP
615 2nd Street SW
Cedar Rapids, IA 52404
Phone: 319-366-1000
E-Mail: gusher@nazettelaw.com
ATTORNEY FOR PLAINTIFF

IN THE IOWA DISTRICT COURT IN AND FOR LINN COUNTY

| | |
|---|---|
| LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION,<br><br>         Plaintiff,<br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.<br><br>         Defendant. | Case No. _____<br><br>**ORIGINAL NOTICE** |

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby notified that there is now on file in the office of the clerk of **Linn County** a Petition at Law in the above-captioned action, a copy of which is attached hereto. The Plaintiff's attorney is Gregory T. Usher, **Nazette, Marner, Nathanson & Shea, L.L.P.,** whose address is 615 2nd Street SW, Cedar Rapids, Iowa 52404. His phone number is (319) 366-1000 and e-mail is gusher@nazettelaw.com

This case has been filed in a county that utilizes electronic filing. General rules and information on electronic filing are contained in Iowa Court Rules Chapter 16. Information regarding requirements related to the protection of personal information in court filings is contained in Iowa Court Rules Chapter 16, Division VI.

You must serve a motion or answer within 60 days after filing of this notice with the secretary of state of the State of Iowa, and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Linn County, Iowa by using the Iowa Judicial Branch Electronic Document Management System (EDMS) at https://www.iowacourts.state.ia.us/EFile, unless you obtain from the court an exemption from electronic filing requirements. If you do not file your appearance, motion or answer within 60 days from the date you are served with this Original Notice, judgment by default will be rendered against you for the relief demanded in the Petition.

NOTE: The attorney who is expected to represent the Defendant should be promptly advised by Defendant of this notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 398-3920. If you are hearing impaired, please call Relay Iowa TTY at 1-800-735-2942. **Disability coordinators cannot provide legal advice.**

(SEAL)

                                                                              _____
                                                                              CLERK OF COURT

                                                                              Linn County Courthouse
                                                                              Linn County, Iowa

# Iowa Judicial Branch

Case No. **LACV102220**
County **Linn**

Case Title   LEXINGTON EAST OWNERS ASSOC. VS. AMERICAN FAMILY

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(319) 398-3920**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **05/10/2023 01:12:07 PM**



*District Clerk of Court or/by Clerk's Designee of*  Linn       County
**/s/ Katie Hopfensperger**

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,<br><br>    Defendant. | Case No. _____<br><br><br>**PETITION AT LAW** |

The Plaintiff, Lexington East Unit One Owners Association, by and through the undersigned counsel, files this Petition at Law in the above-captioned matter and as grounds therefore, states:

**FACTS COMMON TO ALL COUNTS**

1. This is an action seeking relief as a result of a dispute between the parties over a commercial property insurance claim which arose out of a loss occurring on or about August 10, 2020.

2. Plaintiff at all times material hereto was an Iowa Homeowners Association with its principal place of business in Linn County, Iowa.

3. Defendant American Family Mutual Insurance Company, S.I. is, and at all material times hereto was, an insurance company doing business in the State of Iowa.

4. Defendant issued a commercial property insurance policy to Plaintiff ("the Policy").

5. The Policy bears policy number 14X6035003.

6. Defendant delivered the Policy to Plaintiff in Linn County, Iowa.

7. Plaintiff is the entity responsible for insuring and making insurance claims relating to the real properties making up the Owners Association, which properties are commonly known as ("the Properties"):

- Building #1 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #2 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #3 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #4 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #5 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #6 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #7 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #8 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #9 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #10 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #11 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #12 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #13 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #14 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #15 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #16 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #17 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #18 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #19 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #20 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #21 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #22 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #23 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #24 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #25 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #26 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #27 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #28 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #29 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #30 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #31 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #32 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #33 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #34 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #35 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #36 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #37 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #38 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #39 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #40 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #41 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #42 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #43 – Westchester Drive NE, Cedar Rapids, IA 52402

8. The Properties are located in Linn County, Iowa.

9. The Policy covered the Properties.

10. Defendant collected the appropriate premium required under the Policy.

11. Wind and/or rain are covered perils under the Policy

12. Plaintiff, in the wake of the derecho that hit the area and damaged Plaintiff's properties on August 10, 2020, timely made a claim with Defendant pursuant to their above-referenced policy.

13. Plaintiff's claim was assigned claim number 01-002-618131.

14. Defendant and Plaintiff entered into various written tolling agreements to extend the statute of limitations applicable to this claim through May 11, 2023, and as a result of said tolling agreements, this suit is timely filed as within that extended deadline.

15. Defendant has intentionally and/or unreasonably failed to pay for all reasonable and necessary repairs to the Properties caused by the covered peril(s) as required by the Policy.

16. Defendant has acknowledged millions of dollars-worth of necessary repairs to be made to the exteriors of the Properties.

17. Plaintiff has presented clear and unambiguous proof of additional damage to the interiors of various of the Properties that were caused by the loss event and estimates for repairs pertaining to those damages, but Defendant has and continues to refuse to make payment for the costs of those repairs despite Plaintiff's proof of loss submissions.

18. Defendant's unnecessary and unjustifiable delay in making payment or undisputed amounts owed for damage to the Properties has harmed Plaintiff's ability to have work completed at the Properties.

19. Defendants are intentionally forcing Plaintiff to file suit as the only means of reaching a full and fair resolution to the Claim.

20. Plaintiff has been damaged by Defendant's conduct.

21. Plaintiff's damages exceed the jurisdictional amount in Iowa Code § 631.1.

## COUNT I – BREACH OF CONTRACT

22. Plaintiff repleads all preceding paragraphs as if fully set forth herein.

23. The Policy constituted a valid contract between the parties.

24. Plaintiff was insured by Defendant, via the Policy, for their losses caused by the derecho (wind and rain) that occurred on August 10, 2020.

25. Plaintiff performed all requirements of the Policy and/or was excused from performing any obligations that would otherwise be considered a breach

26. Defendant is in breach of the contract it entered into with Plaintiff.

27. Plaintiff sustained damages as a result of Defendant's breach of the contract.

## COUNT II – BAD FAITH

28. Plaintiff repleads all preceding paragraphs as if fully set forth herein.

29. Plaintiff's claim was not reasonably debatable

30. Defendant breached its duty to act in good faith toward Plaintiff by doing a combination of the following in not paying all or part of Plaintiff's claim:

- Defendant compelled the Plaintiff to litigate in order to recover amounts due under the Policy;
- Defendant failed to promptly provide a reasonable explanation of the basis for denial of a complaint or offer of settlement;
- Defendant failed to provide coverage in accordance with the Plaintiff's objectively reasonable expectations of what the Policy provides;
- Defendant failed to make a prompt, fair and equitable settlement of Plaintiff's claim when liability was reasonably clear;
- Defendant refused to pay all or part of Plaintiff's claim without conducting a reasonable investigation;
- Defendant failed to implement reasonable standards to conduct such investigation of Plaintiff's claim.

4

31. Defendant acted in reckless disregard of Plaintiff's rights and/or in a stubbornly litigious manner.

32. Defendant acted maliciously and/or with a willful and wanton disregard for the Plaintiff's rights.

33. Plaintiff was damaged as a result of Defendant's breach of its duty of good faith.

34. Plaintiff has incurred attorney fees and other expenses as a result of Defendant's denial of portions of Plaintiff's claim

35. Defendant's conduct constitutes an intentional tort.

36. Plaintiff is entitled to compensation from Defendant for damages beyond the written terms of the Policy, including but not limited to: attorney fees, litigation expenses, consequential damages and punitive damages.

## JURY DEMAND

Plaintiff requests a trial to a jury on all matters and Counts so triable as set forth in this Petition.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Lexington East Unit One Owners Association, respectfully requests that judgment be entered in favor of Plaintiff and against Defendant on all Counts set forth above in an amount that will fairly compensate Plaintiff for the damages caused by Defendant plus punitive damages and reasonable attorney fees to the extent authorized by the contract or Iowa law, and any such other and further relief as the Court deems warranted under the circumstances.

DATED:  May 10, 2023

6

/s/ *Gregory T. Usher*
GREGORY T. USHER, AT0012812
Nazette, Marner, Nathanson & Shea LLP
615 2nd Street SW
Cedar Rapids, IA 52404
Phone: 319-366-1000
E-Mail: gusher@nazettelaw.com
ATTORNEY FOR PLAINTIFF

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

Case Number: LACV102220

| | |
|---|---|
| LEXINGTON GREEN UNIT SIX OWNERS ASSOCIATION,<br>Plaintiff(s),<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.<br>Defendant(s), | ACCEPTANCE OF SERVICE |

Service of the foregoing, ORIGINAL NOTICE, PETITION ET AL, is hereby accepted as provided by the law for AMERICAN FAMILY MUTUAL INSURANCE COMPANY S.I., defendant named herein, the 7TH of AUGUST, 2023.

Commissioner of Insurance

Doug Ommen

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,<br><br>    Defendant. | Case No. LACV102220<br><br>**NOTICE OF COMPLETION OF LIMITED APPEARANCE PURSUANT TO IOWA RULE OF CIVIL PROCEDURE 1.404(3)** |

The undersigned counsel, Gregory T. Usher of Nazette Marner Nathanson Knoll LLP, for this Notice of Completion of Limited Appearance states as follows:

1. I have been retained to perform the following limited legal services for Plaintiff, Lexington East Unit One Owners Association:

   - Discuss the facts and circumstances underlying the allegations made in Plaintiff's suit against its commercial property's insurance company, and gather information necessary to prepare and file suit for damages regarding the handling of its commercial property's insurance claim;
   - Review insurance policy and claim documents along with other materials provided by the Plaintiff to ensure proper pleading;
   - Prepare and file the lawsuit filed contemporaneously with this Notice of Limited Appearance; and
   - Provide for and complete service of the lawsuit filed contemporaneously with this Notice of Limited Appearance upon the named Defendant at some time on or before the date 90 days after the date of filing the lawsuit.

2. Pursuant to Iowa R. Civ. P. 1.404(4), the undersigned notifies the Court of the completion of the Limited Appearance.

3. The undersigned attorney has served notice of this Completion of Limited Appearance on Plaintiff by email and regular US Mail.

4. The Plaintiff's contact information is as follows:

   - David Miller – Miller Public Adjusters, LLC
     (Authorized Representative for Plaintiff)

- 518 s. Westland Drive, Appleton, WI 54914
- david@millerpublicadjusters.com
- 920-475-6333

/s/ *Gregory T. Usher*

GREGORY T. USHER, AT0012812
Nazette Marner Nathanson Knoll LLP
615 2nd Street SW
Cedar Rapids, IA 52404
Phone: 319-366-1000
E-Mail: gusher@nazettelaw.com
ATTORNEY FOR PLAINTIFF

2



NAZETTE · MARNER
NATHANSON · KNOLL
LLP
Attorneys at Law
615 Second Street SW
Cedar Rapids, IA 52404

David Miller
Miller Public Adjusters LLC
518 S. Westland Drive
Appleton, WI 54914

Hasler
08/09/2023
US POSTAGE $000.87⁰
FIRST-CLASS MAIL
ZIP 52407
011D10660424