# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| **LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION,** | ) ) ) | **Case No.** <u>1:23-cv-00071</u> |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **CERTIFICATE PURSUANT TO LOCAL RULE 81** |
| **AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,** | ) ) ) | |
| Defendant. | ) | |

Defendant American Family Mutual Insurance Company, S.I. ("Defendant"), by and through its attorneys, Faegre Drinker Biddle & Reath LLP, and pursuant to Local Rule 81 certifies the following in support of its Notice of Removal:

(a)     All pleadings or papers filed in the state court proceeding and/or served on Defendant are attached to the Notice of Removal.

(b)     No matters are pending in the state court proceeding that will require resolution by this Court, other than the claims asserted by Plaintiff.

(c)     The following attorney for Plaintiff has appeared in the state court action:

> Gregory T. Usher
> Nazette, Marner, Nathanson & Shea LLP
> 615 2nd Street SW
> Cedar Rapids, IA 52404

(d)     The following attorney for Defendant is appearing in the state court action solely in connection with filing the Notice of Removal as required by 28 U.S.C. § 1446:

> Ross W. Johnson
> Faegre Drinker Biddle & Reath LLP
> 801 Grand Avenue, 33rd Floor
> Des Moines, Iowa 50309-8003

Dated:  September 6, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ *Ross W. Johnson*
Ross W. Johnson, AT0004014
Ross.johnson@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR DEFENDANT**
**AMERICAN FAMILY MUTUAL INSURANCE**
**COMPANY, S.I.**

## Certificate of Service

The undersigned certifies that a true copy of **Certificate Pursuant to Local Rule 81** was served upon the following parties through the court's CM/ECF electronic filing system, U.S. Mail, and electronic mail on September 6, 2023.

/s/ *Ross W. Johnson*

Copy to:

Gregory T. Usher
Nazette, Marner, Nathanson & Shea LLP
615 2nd Street SW
Cedar Rapids, IA 52404
*gusher@nazettelaw.com*

*Attorney for Plaintiff Lexington East Unit One Owners Association*

David Miller
Miller Public Adjusters, LLC
518 S. Westland Drive
Appleton, WI 54914