# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| **LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION,** | Case No. 1:23-cv-00071 |
| Plaintiff, | |
| v. | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| **AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,** | |
| Defendant. | |

As required by LR 7.1 and LR 81.c and d, Defendant, American Family Mutual Insurance Company, SI ("American Family"), provides the following information to the Court:

*(a)   The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to American Family as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in American Family's outcome in this case:* **American Family Mutual Insurance Company, S. I. is a mutual insurance company owned by its policyholders. No other entity has a direct or indirect pecuniary interest in the outcome of this litigation, nor are they publicly traded.**

*(b)   With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*   **N/A**

Dated:  September 26, 2023	**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ *Ross W. Johnson*
Ross W. Johnson, AT0004014
Ross.johnson@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.**

## Certificate of Service

The undersigned certifies that a true copy of **Defendant's Corporate Disclosure Statement** was served upon the following parties through the court's CM/ECF electronic filing system on September 26, 2023.

/s/ *Ross W. Johnson*

Gregory T. Usher
Nazette, Marner, Nathanson & Shea LLP
615 2nd Street SW
Cedar Rapids, IA 52404
gusher@nazettelaw.com

*Attorney for Plaintiff Lexington East Unit One Owners Association*