# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| **LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION,** | Case No. 1:23-cv-00071 |
| Plaintiff, | |
| v. | **JOINT MOTION TO STAY ALL PENDING DEADLINES FOR FIVE MONTHS** |
| **AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,** | |
| Defendant. | |

COME NOW Plaintiff Lexington East Unit One Owners Association and Defendant American Family Mutual Insurance Company, S.I. (collectively, the "Parties") and hereby request that the Court stay all pending deadlines by approximately five (5) months to allow the Parties additional time to try to resolve their dispute before any additional litigation activities are needed or required in this matter:

1. Plaintiff initiated this action on May 10, 2023 in the Iowa District Court for Linn County. See *Notice of Removal*, dated September 6, 2023 (Exhibit B - Petition at Law) [Dkt. 1].

2. In Plaintiff's state court Petition at Law, Plaintiff claimed, among other things, that Defendant breached a contract for insurance related to property damage sustained by Plaintiff as a result of the derecho which occurred on August 10, 2020. *Id.*

3. On September 6, 2023, Defendant removed this matter to this Court. *Id.*[1]

---

[1] The Parties note that this matter is similar to two other matters in front of this Court, both of which were also removed by Defendant on September 6, 2023. These matters are Case Nos. 1:23-cv-00072 and 1:23-cv-00073. The Parties in those cases are represented by the same counsel in this matter, and the Parties are filing a similar request in each of these two (additional) related cases.

4. Based on the date of the removal, the Parties were required to meet and confer regarding a proposed schedule and related issues under Rule 16 and/or Rule 26 by October 23, 2023, and the Parties are currently required to submit a proposed Scheduling Order and Discovery Plan no later than November 6, 2023.

5. Since the service of the Petition on Defendant in August 2023, Plaintiff and Defendant have been and remain in close contact as they work to determine whether they can resolve the issues set forth in Plaintiff's Petition outside the purview of the Court. The Parties are actively working to try to resolve the issues set forth in Plaintiff's Petition, such that no further involvement of the Court will be needed.

6. As a result of the Parties' collaborative work together to try to resolve this matter prior to engaging in discovery and other activities relating to the litigation of this matter, Plaintiff has granted Defendant extensions to respond to the Petition, and, pursuant to a written agreement between the Parties, Defendant's current deadline to respond to the Petition is November 17, 2023.

7. The Parties have met and conferred as required under the applicable rules, and the Parties believe it would be in the interests of the Parties and the Court for the Court to continue or stay all deadlines for approximately five (5) months days to allow the Parties to continue to try to resolve this dispute without the need for further involvement of the Court.

8. Specifically, the Parties request that the Court continue the following deadlines until the following dates:

    a. Deadline to Submit Scheduling Order and Discovery Plan: <u>April 8, 2024</u>

    b. Deadline for Defendant to Respond to Petition: <u>April 19, 2024</u>

9. No party will be prejudiced by the requested extensions, and the requested extensions will not unreasonably delay the progression of this matter if the Parties are unable to resolve their dispute prior to early 2024.

10. Under this new proposed schedule, if the Parties are unable to resolve their differences prior to April 2024, the Parties will commence regular activities associated with litigating this matter, including meeting the two new deadlines in mid-April 2024 (assuming the Court grants the requested extensions proposed herein).

11. If the Court has any concerns with the approach proposed by the Parties, the Parties respectfully request that the Court set and hold a telephonic or video status or other hearing to discuss the issues raised herein.

WHEREFORE, the Parties respectfully request that the Court stay all deadlines for approximately five (5) months to allow for additional time for the Parties to try to resolve this matter outside the purview of the Court.

Dated: October 24, 2023

**NAZETTE, MARNER, NATHANSON & SHEA LLP**

/s/ *Gregory T. Usher*
Gregory T. Usher, AT0012812
gusher@nazettelaw.com
615 2nd Street SW
Cedar Rapids, IA 52404
Telephone: 319-366-1000
Facsimile: 319-284-9378

**ATTORNEYS FOR PLAINTIFF LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION**

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ *Ross W. Johnson*
Ross W. Johnson, AT0004014
Ross.johnson@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.**

**Certificate of Service**

The undersigned certifies that a true copy of **Joint Motion to Stay Pending Deadlines for Five Months** was served upon the following parties through the court's CM/ECF electronic filing system on October 24, 2023.

/s/ *Ross W. Johnson*

Gregory T. Usher
Nazette, Marner, Nathanson & Shea LLP
615 2nd Street SW
Cedar Rapids, IA 52404
gusher@nazettelaw.com

*Attorney for Plaintiff Lexington East Unit One Owners Association*

US.360179654.01