# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| **LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION,** | Case No. 1:23-cv-00071 |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S BAD FAITH CLAIM** |
| **AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,** | |
| Defendant. | |

COMES NOW Plaintiff Lexington East Unit One Owners Association (hereinafter "Plaintiff") and hereby provides notice of the dismissal without prejudice of its bad faith claim against Defendant American Family Mutual Insurance Company, S.I. (hereinafter "Defendant") under Federal Rule of Civil Procedure 41 (a)(1)(A):

1. Plaintiff initiated this action on May 10, 2023 in the Iowa District Court for Linn County. See *Notice of Removal*, dated September 6, 2023 (Exhibit B - Petition at Law) [Dkt. 1].

2. In Plaintiff's state court Petition at Law (hereinafter "Petition"), Plaintiff asserted two legal claims: (a) breach of insurance contract; and (2) insurance bad faith. *Id.*

3. As of the date of this Notice, Defendant has not filed a response to Plaintiff's state court Petition (the deadline for the same has not passed). Nor has Defendant filed any Motion for Summary Judgment.

4. Based on the foregoing, and pursuant to F. R.C.P. 41(a)(1)(A), Plaintiff is permitted to and hereby does through this filing dismiss, without prejudice, its legal claim for insurance bad faith against Defendant.

Dated: October 24, 2023

**NAZETTE, MARNER, NATHANSON & SHEA LLP**

/s/ *Gregory T. Usher*
Gregory T. Usher, AT0012812
gusher@nazettelaw.com
615 2nd Street SW
Cedar Rapids, IA 52404
Telephone: 319-366-1000
Facsimile: 319-284-9378

**ATTORNEYS FOR PLAINTIFF LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION**

## Certificate of Service

The undersigned certifies that a true copy of **Notice of Dismissal Without Prejudice of Plaintiff's Bad Faith Claim** was served upon the following parties through the court's CM/ECF electronic filing system on October 24, 2023.

/s/ *Gregory T. Usher*

Ross W. Johnson
Faegre Drinker Biddle & Reath
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
*Ross.johnson@faegredrinker.com*

*Attorney for Defendant American Family Mutual Insurance Company, S.I.*