# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION,<br><br>　　　Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,<br><br>　　　Defendant. | Federal Case No. 1:23-cv-00071<br><br><br>**AMENDED COMPLAINT** |

The Plaintiff, Lexington East Unit One Owners Association, by and through the undersigned counsel, files this Amended Complaint in the above-captioned matter **for the purposes of removing only the bad faith count set forth in Plaintiff's initial Petition filed in state court,** and as grounds therefore, states:

## FACTS COMMON TO ALL COUNTS

1. This is an action seeking relief as a result of a dispute between the parties over a commercial property insurance claim which arose out of a loss occurring on or about August 10, 2020.

2. Plaintiff at all times material hereto was an Iowa Homeowners Association with its principal place of business in Linn County, Iowa.

3. Defendant American Family Mutual Insurance Company, S.I. is, and at all material times hereto was, an insurance company doing business in the State of Iowa.

4. Defendant issued a commercial property insurance policy to Plaintiff ("the Policy").

5. The Policy bears policy number 14X6035003.

6. Defendant delivered the Policy to Plaintiff in Linn County, Iowa.

7. Plaintiff is the entity responsible for insuring and making insurance claims relating to the real properties making up the Owners Association, which properties are commonly known as ("the Properties"):

- Building #1 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #2 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #3 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #4 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #5 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #6 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #7 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #8 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #9 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #10 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #11 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #12 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #13 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #14 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #15 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #16 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #17 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #18 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #19 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #20 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #21 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #22 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #23 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #24 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #25 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #26 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #27 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #28 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #29 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #30 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #31 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #32 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #33 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #34 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #35 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #36 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #37 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #38 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #39 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #40 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #41 – Westchester Drive NE, Cedar Rapids, IA 52402
- Building #42 – Westchester Drive NE, Cedar Rapids, IA 52402

- Building #43 – Westchester Drive NE, Cedar Rapids, IA 52402

8. The Properties are located in Linn County, Iowa.

9. The Policy covered the Properties.

10. Defendant collected the appropriate premium required under the Policy.

11. Wind and/or rain are covered perils under the Policy

12. Plaintiff, in the wake of the derecho that hit the area and damaged Plaintiff's properties on August 10, 2020, timely made a claim with Defendant pursuant to their above-referenced policy.

13. Plaintiff's claim was assigned claim number 01-002-618131.

14. Defendant and Plaintiff entered into various written tolling agreements to extend the statute of limitations applicable to this claim through May 11, 2023, and as a result of said tolling agreements, this suit is timely filed as within that extended deadline.

15. Defendant has intentionally and/or unreasonably failed to pay for all reasonable and necessary repairs to the Properties caused by the covered peril(s) as required by the Policy.

16. Defendant has acknowledged millions of dollars-worth of necessary repairs to be made to the exteriors of the Properties.

17. Plaintiff has presented clear and unambiguous proof of additional damage to the interiors of various of the Properties that were caused by the loss event and estimates for repairs pertaining to those damages, but Defendant has and continues to refuse to make payment for the costs of those repairs despite Plaintiff's proof of loss submissions.

18. Defendant's unnecessary and unjustifiable delay in making payment or undisputed amounts owed for damage to the Properties has harmed Plaintiff's ability to have work completed at the Properties.

19. Defendants are intentionally forcing Plaintiff to file suit as the only means of reaching a full and fair resolution to the Claim.

20. Plaintiff has been damaged by Defendant's conduct.

21. Plaintiff's damages exceed the jurisdictional amount in Iowa Code § 631.1.

## **COUNT I – BREACH OF CONTRACT**

22. Plaintiff repleads all preceding paragraphs as if fully set forth herein.

23. The Policy constituted a valid contract between the parties.

24. Plaintiff was insured by Defendant, via the Policy, for their losses caused by the derecho (wind and rain) that occurred on August 10, 2020.

25. Plaintiff performed all requirements of the Policy and/or was excused from performing any obligations that would otherwise be considered a breach

26. Defendant is in breach of the contract it entered into with Plaintiff.

27. Plaintiff sustained damages as a result of Defendant's breach of the contract.

## **JURY DEMAND**

Plaintiff requests a trial to a jury on all matters and Counts so triable as set forth in this Petition.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Lexington East Unit One Owners Association, respectfully requests that judgment be entered in favor of Plaintiff and against Defendant on all Counts set forth above in an amount that will fairly compensate Plaintiff for the damages caused by Defendant, and any such other and further relief as the Court deems warranted under the circumstances.

DATED: ___October 31, 2023___

/s/ *Gregory T. Usher*
GREGORY T. USHER, AT0012812
Nazette Marner Nathanson Knoll LLP
615 2nd Street SW
Cedar Rapids, IA 52404
Phone: 319-366-1000
E-Mail: gusher@nazettelaw.com
ATTORNEY FOR PLAINTIFF