# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| **LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION,** | Case No. 1:23-cv-00071 |
| Plaintiff, | |
| v. | **DEFENDANT'S ANSWER TO AMENDED COMPLAINT** |
| **AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,** | |
| Defendant. | |

COMES NOW, Defendant American Family Mutual Insurance Company, S.I. ("American Family"), by and through undersigned counsel, and for its Answer and Defenses to Plaintiff's Amended Complaint, dated October 31, 2023, states as follows:

American Family denies each and every allegation, matter, fact and statement contained in the Amended Complaint except what is expressly admitted herein.

1. In response to Paragraph 1 of the Amended Complaint, American Family admits the allegations therein.

2. In response to Paragraph 2 of the Amended Complaint, American Family states that it is without sufficient information or knowledge to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

3. In response to Paragraph 3 of the Amended Complaint, American Family admits the allegations therein.

4. In response to Paragraph 4 of the Amended Complaint, American Family states that it is without sufficient information or knowledge to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

5. In response to Paragraph 5 of the Amended Complaint, American Family states that it is without sufficient information or knowledge to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

6. In response to Paragraph 6 of the Amended Complaint, American Family states that it is without sufficient information or knowledge to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

7. In response to Paragraph 7 of the Amended Complaint, American Family states that it is without sufficient information or knowledge to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

8. In response to Paragraph 8 of the Amended Complaint, American Family admits, upon information and belief, the allegations therein.

9. In response to Paragraph 9 of the Amended Complaint, American Family states that it is without sufficient information or knowledge to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

10. In response to Paragraph 10 of the Amended Complaint, American Family states that it is without sufficient information or knowledge to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

11. In response to Paragraph 11 of the Amended Complaint, American Family objects to the allegations therein as asking for a legal conclusion and being ambiguous and/or incomplete. Answering further, American Family states that it is without sufficient information or knowledge

to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

12. In response to Paragraph 12 of the Amended Complaint, American Family states that it is without sufficient information or knowledge to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

13. In response to Paragraph 13 of the Amended Complaint, American Family admits the allegations therein.

14. In response to Paragraph 14 of the Amended Complaint, American Family objects to the allegations therein as asking for a legal conclusion and being ambiguous and/or incomplete. Answering further, American Family states that it is without sufficient information or knowledge to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

15. In response to Paragraph 15 of the Amended Complaint, American Family denies the allegations therein.

16. In response to Paragraph 16 of the Amended Complaint, American Family objects to the allegations therein as asking for a legal conclusion and being ambiguous and/or incomplete. Answering further, American Family states that it is without sufficient information or knowledge to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

17. In response to Paragraph 17 of the Amended Complaint, American Family denies the allegations therein.

18. In response to Paragraph 18 of the Amended Complaint, American Family denies the allegations therein.

19. In response to Paragraph 19 of the Amended Complaint, American Family denies the allegations therein.

20. In response to Paragraph 20 of the Amended Complaint, American Family denies the allegations therein.

21. In response to Paragraph 21 of the Amended Complaint, American Family objects to the allegations therein as asking for a legal conclusion and being ambiguous and/or incomplete. Answering further, American Family states that it is without sufficient information or knowledge to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

## **COUNT I – BREACH OF CONTRACT**

22. In response to Paragraph 22 of the Amended Complaint, American Family incorporates by this reference its responses herein to Paragraphs 1 – 21.

23. In response to Paragraph 23 of the Amended Complaint, American Family objects to the allegations therein as asking for a legal conclusion and being ambiguous and/or incomplete. Answering further, American Family states that it is without sufficient information or knowledge to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

24. In response to Paragraph 24 of the Amended Complaint, American Family admits that Plaintiff claims coverage for property damage which occurred on or about August 10, 2020. Answering further, American Family objects to the allegations therein as asking for a legal conclusion and being ambiguous and/or incomplete. Answering further, American Family states that it is without sufficient information or knowledge to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

25. In response to Paragraph 25 of the Amended Complaint, American Family objects to the allegations therein as asking for a legal conclusion and being ambiguous and/or incomplete. Answering further, American Family states that it is without sufficient information or knowledge to form a belief as to the truth of the allegations stated therein, and, therefore, it denies the allegations stated therein.

26. In response to Paragraph 26 of the Amended Complaint, American Family denies the allegations therein.

27. In response to Paragraph 27 of the Amended Complaint, American Family denies the allegations therein.

## **DEMAND FOR JURY TRIAL**

American Family demands a trial by jury on all issues so triable.

## **DEFENSES**

1. Plaintiff's Amended Complaint fails to state a claim upon which relief may be granted.

2. Plaintiff's alleged injuries and/or damages, if any, are subject to all applicable statutory or common law limitations on damages.

3. Plaintiff's alleged damages are speculative and cannot be proven with reasonable certainty.

4. American Family alleges accord and satisfaction.

5. American Family alleges payment.

6. American Family alleges release.

7. American Family alleges waiver.

8. Plaintiff's claims are barred due to Plaintiff's failure to mitigate any injuries and/or damages allegedly caused by American Family's conduct.

9. Plaintiff's claims are barred by an applicable statute of limitation, including, but not limited to, any contractual limitation on bringing an action against American Family.

10. Plaintiff's claims are barred under the doctrine of estoppel.

11. Plaintiff's claims are barred under the doctrine of laches.

12. American Family affirmatively alleges all conditions, exclusions, and terms of any contract or agreement with Plaintiff.

13. Plaintiff's injuries or damages, if any, were caused by a superseding and/or intervening cause.

14. Plaintiff may have received payment for the same damages alleged herein from another party, which bars double recovery by Plaintiff here or, in the alternative, entitles American Family to an offset against any such recovery.

15. Plaintiff's damages, if any, must be reduced by any amount received in settlement of its related claims with third parties, so as to prevent unjust enrichment and double recovery.

16. American Family reserves the right to amend its Answer to include additional defenses, whether affirmative or otherwise, including appropriate counterclaims or third-party claims about which it presently lacks sufficient or complete information, which discovery and investigation may disclose as appropriate.

WHEREFORE, American Family denies that Plaintiff is entitled to any relief in its Amended Complaint, and American Family further prays for judgment as follows:

1. That Plaintiff's Amended Complaint be dismissed with prejudice and that Plaintiff take nothing thereby;

2. For American Family's costs, fees, and disbursement herein; and

3. For such other and further relief that the Court deems just and proper under the circumstances.

Dated:  November 17, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ *Ross W. Johnson*
Ross W. Johnson, AT0004014
Ross.johnson@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.**

### Certificate of Service

The undersigned certifies that a true copy of **Defendant's Answer to Amended Complaint** was served upon the following parties through the court's CM/ECF electronic filing system on November 17, 2023.

/s/ *Ross W. Johnson*

Gregory T. Usher
Nazette, Marner, Nathanson & Shea LLP
615 2nd Street SW
Cedar Rapids, IA 52404
gusher@nazettelaw.com

*Attorney for Plaintiff Lexington East Unit One Owners Association*