# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| **LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION,** | Case No. 1:23-cv-00071 |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF AGAINST DEFENDANT** |
| **AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,** | |
| Defendant. | |

Plaintiff Lexington East Unit One Owners Association ("Plaintiff") and Defendant American Family Mutual Insurance Company, S.I. ("Defendant")(together, the "Parties"), by and through their respective counsel, stipulate and agree under Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-captioned action, together with any and all claims pending or ever asserted therein by Plaintiff against Defendant, is hereby forever dismissed with prejudice, pursuant to settlement and release documents executed by Plaintiff. The Parties agree that they will each bear their own respective costs, expenses, and attorneys' fees in this matter.

| | |
|---|---|
| Dated: <u>May 13, 2024</u> | **NAZETTE, MARNER, NATHANSON & SHEA LLP** |

<u>/s/ *Gregory T. Usher*</u>
Gregory T. Usher, AT0012812
gusher@nazettelaw.com
615 2nd Street SW
Cedar Rapids, IA 52404
Telephone: 319-366-1000
Facsimile: 319-284-9378

***ATTORNEYS FOR PLAINTIFF LEXINGTON EAST UNIT ONE OWNERS ASSOCIATION***

**FAEGRE DRINKER BIDDLE & REATH LLP**

<u>/s/ *Ross W. Johnson*</u>
Ross W. Johnson, AT0004014
Ross.johnson@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

***ATTORNEYS FOR DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.***

## Certificate of Service

The undersigned certifies that a true copy of **Joint Stipulation of Dismissal With Prejudice of All Claims by Plaintiff Against Defendant** was served upon counsel of record through the court's CM/ECF electronic filing system on May 13, 2024.

<u>/s/ *Greg Usher*</u>

DMS_US.363992251.1